FILED

98 AUG -5 PM 12: 53

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

ROBERT EUGENE WOODS, ET AL.,     }
                                  }
    Plaintiffs                    }
                                  }          CIVIL ACTION NO.
    vs.                           }
                                  }          94-AR-1566-M
BEN GAMEL, ET AL.,                }
                                  }
    Defendants                    }

ENTERED

AUG 5 1998

## MEMORANDUM OPINION

The court has for consideration a motion filed on August 4, 1998, for an extension of the time for completing class discovery. The extension request is based largely, if not entirely, upon the fact that the individual plaintiffs' original law firm dissolved after the putative class action was filed.

In Jeffery Mauro's motion for leave to withdraw as counsel for plaintiffs, he alleged, *inter alia*:

> "Plaintiffs ... will continue to be represented by Wendy Brooks Crew who will adequately represent their interests herein."

and

> "Plaintiffs will not be prejudiced by allowing the undersigned to withdraw from representation."

The court would not have granted Mr. Mauro's motion for leave to withdraw if the court had anticipated that it would result in a delay or interruption of the Rule 16(b) schedule. For this reason, the court will deny plaintiffs' motion by separate order.

DONE this 5th day of August, 1998.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE